**Opinion issued November 24, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00364-CV

_____

**BRANDY SILMAN, Appellant**

**V.**

**U.S. BANK, N.A., Appellee**

---

**On Appeal from the 335th District Court**
**Bastrop County, Texas**
**Trial Court Cause No. 29,587**

---

## MEMORANDUM OPINION

Appellant, Brandy Silman, proceeding *pro se*, appealed from the trial court's final summary judgment, signed on February 25, 2015. *See* TEX. R. APP. P. 26.1(a)(1).[1] However, appellant has failed to timely file her appellate brief. *See*

---

[1]     The Texas Supreme Court transferred this appeal from the Court of Appeals for

TEX. R. APP. P. 38.6(a), 38.8(a)(1). After being notified by the Clerk of this Court on August 25, 2015, that her appeal was subject to dismissal for failure to timely file her appellate brief, appellant failed to timely respond. *See id.* at 38.8(a)(1), 42.3(c).

Accordingly, we **dismiss** the appeal for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Bland.

---

the Third District of Texas to this Court pursuant to its docket equalization powers. *See* TEX. GOV'T CODE ANN. § 73.001 (West Supp. 2014) ("The supreme court may order cases transferred from one court of appeals to another at any time that, in the opinion of the supreme court, there is good cause for the transfer."); Order Regarding Transfer of Cases From Courts of Appeals, Misc. Docket No. 15–9054, ¶ II (Tex. Mar. 24, 2015). We are unaware of any conflict between the precedent of the Third Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.